AO 91 (Rev. 11/11) Criminal Complaint  SAUSA Jill Bhalakia (312) 353-5159




## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE JESUS GOMEZ-AYALA<br>    also known as "Victor Sotelo Ayala"<br>and "Victor Enrique Farman Vidal" | CASE NUMBER: 1:25-cr-00630 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about February 17, 2022, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a). | reentry of removed alien, by being present and found in the United States after having been previously removed on or about April 13, 2012 and January 31, 2013 was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

RENEE D FALS
*Digitally signed by RENEE D FALS*
*DN: cn=RENEE D FALS, o=U.S. Government, ou=People, email=Renee.D.Fals@ice.dhs.gov, c=US*
*Date: 2025-10-02T16:55:05-0500*

RENEE FALS
Deportation Officer, Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: October 2, 2025

*Judge's signature*

City and state: Chicago, Illinois          HEATHER K. MCSHAIN, U.S. Magistrate Judge
                                                              *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, RENEE FALS, being duly sworn, state as follows:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE) and have been employed by ICE for 18 years. My current responsibilities include the apprehension of criminal aliens. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens. In particular, I have successfully completed basic immigration law enforcement training, as required by Title 8, Code of Federal Regulations, Section 287.5(e)(3)(iv).

2. This affidavit is submitted in support of a criminal complaint alleging that JOSE JESUS GOMEZ-AYALA (GOMEZ-AYALA) has violated Title 8, United States Code, Section 1326(a), reentry of removed alien, by being present and found in the United States after having previously been removed, and is subject to the enhanced penalty provision set forth in Title 8, United States Code, Section 1326(b)(1) because the defendant was previously removed following a conviction for a felony. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging GOMEZ-AYALA with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe establish that GOMEZ-AYALA committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4. According to DHS records, GOMEZ-AYALA is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that GOMEZ-AYALA was born in Mexico in 1976.

5. Records maintained by the Cook County Circuit Court in Illinois reflect that on or about March 4, 2012, GOMEZ-AYALA was convicted of manufacture/deliver controlled substance and sentenced to sixty-four days' imprisonment and two years' special probation.

6. According to DHS records, on or about April 13, 2012, GOMEZ-AYALA was ordered removed from the United States to Mexico by an immigration official in Chicago, Illinois.

7. On or about April 13, 2012, GOMEZ-AYALA was removed from the United States to Mexico through Hidalgo, Texas.

8. According to DHS records, following his 2012 removal, GOMEZ attempted to enter the United States from the Republic of Mexico by making a willfully false or misleading representation or willful concealment of a material fact in violation of Title 8, United States Code, Section 1325.

9. Records maintained by the United States District Court, District of Arizona reflect that on or about August 21, 2012, GOMEZ-AYALA was convicted of improper entry by alien and sentenced to one hundred fifty days' imprisonment.

10. On or about January 31, 2013, GOMEZ-AYALA was removed from the United States to Mexico through Del Rio, Texas.

11. According to DHS records, following his 2013 removal, GOMEZ-AYALA reentered the United States.

12. DHS records reflect that GOMEZ-AYALA has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States.

13. DHS records reflect that on or about February 17, 2022, GOMEZ-AYALA was arrested by the Chicago Police Department in Chicago, Illinois on a warrant and GOMEZ-Ayala was processed and fingerprinted. GOMEZ-Ayala was released from custody.

14. According to DHS records on or about October 2, 2024, GOMEZ-AYALA was arrested by the Chicago Police Department in Chicago, Illinois for possession of methamphetamine, driving on a revoked license, and a traffic offense. GOMEZ-AYALA was subsequently fingerprinted and released from custody. Records maintained by the Cook County Circuit Court in Illinois reflect that on or about May 29, 2025, GOMEZ-AYALA was convicted of possession of methamphetamine/ 5<15 grams and sentenced to two years' probation.

15. DHS records reflect that on or about August 29, 2025, GOMEZ-AYALA was arrested by the Chicago Police Department in Chicago, Illinois for possession of methamphetamine and reckless conduct. GOMEZ-AYALA was subsequently fingerprinted. The fingerprints were electronically uploaded into the Federal Bureau of Investigations, Integrated Automated Fingerprint Identification System ("IAFIS"). The charges remain pending.

16. On September 24, 2025, Homeland Security Investigations Forensic Laboratory conducted a fingerprint comparison analysis and verified that GOMEZ-AYALA who was arrested on February 17, 2022, is the same person who was removed from the United States on or about April 13, 2012 and January 31, 2013.

17. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about February 17, 2022 at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, GOMEZ-AYALA, being an alien who last removed from the United States on or about January 31, 2013, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

RENEE D FALS
Digitally signed by RENEE D FALS
DN: cn=RENEE D FALS, o=U.S. Government, ou=People, email=Renee.D.Fals@ice.dhs.gov, c=US
Date: 2025-10-02T16:55:58-0500

RENEE FALS
Deportation Officer, Immigration & Customs Enforcement

SWORN TO AND AFFIRMED by telephone October 2, 2025.

Honorable HEATHER K. MCSHAIN
United States Magistrate Judge

5